# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| APPLICATION OF CARGILL FINANCIAL ) | Case No. 24-cv-05413 |
| SERVICES INTERNATIONAL, INC. AND ) | |
| CFSIT, INC. FOR AN ORDER PURSUANT TO ) | Honorable Sunil R. Harjani |
| 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR ) | Magistrate Judge Keri L. Holleb Hotaling |
| USE IN FOREIGN PROCEEDINGS ) | |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Applicants, Cargill Financial Services International, Inc. and CFSIT, Inc. (collectively "Cargill"), by their attorneys, respectfully request that this Court grant KENDERICK M. JORDAN leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Applicants state as follows:

1. Since June 28, 2024, Kenderick M. Jordan has been one of the attorneys of record for Applicants, Cargill. [ECF No. 13].

2. Mr. Jordan will be leaving the firm of Marwedel, Minichello & Reeb, P.C., effective August 15, 2024.

3. Applicants will continue to be represented by counsel from the firm Marwedel, Minichello & Reeb, P.C., by Shari L. Friedman. [ECF No. 11].

WHEREFORE, Applicants, Cargill Financial Services International, Inc. and CFSIT, Inc., respectfully request that the Court grant Kenderick M. Jordan leave to withdraw as one of the attorneys of record in this action.

Dated:                                                    Respectfully Submitted,

                                                           /s/Kenderick M. Jordan

Shari L. Friedman (6193095)
Kenderick M. Jordan (6332871)
MARWEDEL, MINICHELLO & REEB, P.C.
303 W. Madison Street, Suite 1100
Chicago, Illinois 60606
T: (312) 902-1600
F: (312) 902-9900
E: sfriedman@mmr-law.com
   kjordan@mmr-law.com

*Attorneys for Cargill Financial Services International, Inc. and CFSIT, Inc.*

## CERTIFICATE OF SERVICE

I, Kenderick M. Jordan, an attorney, certify that on August 2, 2024, I served Cargill Financial Services International, Inc. and CFSIT, Inc.'s Motion to Withdraw Counsel, on each party of record registered with the CM/ECF system by electronically filing it with the Clerk of the United States District Court for the Northern District of Illinois, who will send notification of such filing to each of them, and by mailing a copy to each party of record not registered with the CM/ECF system, if any.

                                                                                                    /s/Kenderick M. Jordan